UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
JUN - 7 2011
BY VANESSA L. ARMSTRONG
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 5:11CR11-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853

**ANTHONY DAZEY, JR.**
**LASHANDA ALEXIS JONES**

The Grand Jury charges:

## COUNT 1

On or about and between December 2010, and June 2011, in the Western District of Kentucky, Christian, County, Kentucky, and elsewhere, the defendants, **ANTHONY DAZEY, JR.** and **LASHANDA ALEXIS JONES**, knowingly and intentionally conspired with each other and others to possess with the intent to distribute and to distribute oxycodone, oxymorphone, and hydromorphone, Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846, as alleged in Count 1 of this Indictment, felonies punishable by

imprisonment for more than one year, the defendants, **ANTHONY DAZEY, JR.** and **LASHANDA ALEXIS JONES,** shall forfeit to the United States. pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly as a result of said offense, and any and all of the defendants' property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Count 1 of this Indictment.

                                          A TRUE BILL.



                                          FOREPERSON

_____
DAVID J. HALE
United States Attorney

DJH: JSD:

UNITED STATES OF AMERICA v. **ANTHONY DAZEY, JR. and LASHANDA ALEXIS JONES**

## PENALTIES

Count 1: NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release
(With a prior felony drug conviction: NM 30 yrs./$2,000,000/both/ NL 6 yrs. Supervised Release)

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual
$125 per count/other

Felony: $100 per count/individual
$400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987</u>:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

      LOUISVILLE:      Clerk, U.S. District Court
                                     106 Gene Snyder U.S. Courthouse
                                     601 West Broadway
                                     Louisville, KY 40202
                                     502/625-3500

      BOWLING GREEN:      Clerk, U.S. District Court
                                     120 Federal Building
                                     241 East Main Street
                                     Bowling Green, KY 42101
                                     270/393-2500

      OWENSBORO:      Clerk, U.S. District Court
                                     126 Federal Building
                                     423 Frederica
                                     Owensboro, KY 42301
                                     270/689-4400

      PADUCAH:      Clerk, U.S. District Court
                                     127 Federal Building
                                     501 Broadway
                                     Paducah, KY 42001
                                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR11-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY DAZEY, JR.
LASHANDA ALEXIS JONES

---

## INDICTMENT
Title 21, U.S.C. §§846; 841(a)(1); 841(b)(1)(C) and 853
Conspiracy to Possess With Intent to Distribute;
Distribution of Oxycodone, Oxymorphone and
Hydromorphone; Forfeiture.

*A true bill.*



_____ Foreman

*Filed in open court this 7th day, of June, 2011.*

Bail, $

FILED
JUN - 7 2011
VANESSA L. ARMSTRONG
DEPUTY CLERK