UNITED STATES DISTRICT COURT<br>
WESTERN DISTRICT OF KENTUCKY<br>
AT PADUCAH

UNITED STATES OF AMERICA                                          PLAINTIFF

FILED
JUN - 7 2011
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK

vs.                                                     CASE NO: 5:11cR11-R

ANTHONY DAZEY, JR.
LASHANDA JONES                                                    DEFENDANTS

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney J. Scott Davis hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

DAVID J. HALE
United States Attorney

/s/ J. Scott Davis
J. Scott Davis
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202
Phone: (502) 582-6988
FAX:   (502) 582-5067
Email: Scott.Davis@usdoj.gov