UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

UNITED STATES OF AMERICA,                              PLAINTIFF,

VS.                                    Criminal Action No.: 5:11CR11-1-R

ANTHONY DAZEY, JR.,                                    DEFENDANT.

## NOTICE OF ENTRY OF APPEARANCE

I, Richard Boling, hereby enter my appearance of record on behalf of the Defendant, ANTHONY DAZEY, JR.. I certify that I am admitted to practice in this Court.

/s/Richard Boling
Richard Boling Attorney at Law
P. O. Box 82 Hopkinsville, KY 42241-0082
Telephone Number: 270-885-6885
Fax Number: 270-885-6886

## CERTIFICATE OF SERVICE

The foregoing foregoing was filed electronically this 10th day of June, 2011.

/s/ Richard Boling
Richard Boling
Attorney at Law