UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
(Filed Electronically)

CRIMINAL ACTION NO. 5:11CR-11-R
UNITED STATES OF AMERICA, PLAINTIFF,

vs.

ANTHONY DAZEY, JR. (1)
LASHANDA ALEXIS JONES (2) DEFENDANT.

### ORDER

Defendant having moved the Court to continue the in person further proceedings herein; the United States and co-defendant having responded thereto; the Court finding that the ends of justice served by the granting of said motion outweigh the best interests of the public and the defendant in a speedy trial; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the in person further proceedings in this action be, and the same hereby is, reassigned to November 15, 2011 at the hour of 12:00 Noon in Louisville.

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA §3161(h)(7)(A), §3161(h)(7)(B)(ii), and §3161(h)(7)(B)(iv).

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808